# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                       v.                                       Crim. No. 2:13-CR-10-1FL

**RASHONDA CROSS**

      On December 20, 2013, the above named commenced a term of probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: July 8, 2016 |

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_8th\_\_\_ day of \_\_\_\_July\_\_\_\_, 2016.

                                                          Louise W. Flanagan  
                                                          U.S. District Judge